# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Mora, Mindy A. | **2. Court or Organization**<br><br>U.S. BANKRUPTCY - S DIST OF FL | **3. Date of Report**<br><br>05/15/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. BANKRUPTCY COURT JUDGE | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

THE FLAGLER WATERVIEW BUILDING
1515 NORTH FLAGLER DRIVE, ROOM 801
WEST PALM BEACH, FL 33401

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PRESIDENT | MINDY MORA, P.A. |
| 2. | EXECUTIVE BOARD MEMBER | ASSOCIATION OF COMMERCIAL FINANCE ATTORNEYS |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | THE FLORIDA BAR | 1/16/19-1/17/19 | ORLANDO, FLORIDA | BAR MEETING | LODGING, MEAL |
| 2. | AMERICAN BANKRUPTCY INSTITUTE | 2/8/19 | TAMPA, FL | SEMINAR SPEAKER | LODGING, TRANSPORTATION, MEAL |
| 3. | IBAJUD (BRAZILIAN INSTITUTE FOR JUDICIAL ADMINISTRATION) | 5/1/19-5/5/19 | FORTALEZA, BRAZIL | SEMINAR SPEAK | TRANSPORATION, VISA |
| 4. | THE FLORIDA BAR | 5/10/19-5/14/19 | ISRAEL | BUSINESS LAW SECTION EXECUTIVE COUNCIL RETREAT | LODGING, TRANSPORATION, MEALS |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Mora, Mindy A.** | 05/15/2020 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5. | ASSOCIATION OF COMMERCIAL FINANCE ATTORNEYS | 5/17/19-5/19/19 | MAINE | SEMINAR SPEAKER | LODGING, TRANSPORATION, MEALS |
| 6. | CENTRAL FLORIDA BANKRUPTCY BAR ASSN | 6/13/19-6/14/16 | ORLANDO, FL | SEMINAR SPEAKER | LODGING, TRANSPORATION, MEALS |
| 7. | THE FLORIDA BAR | 6/26/19-6/27/19 | BOCA RATON, FL | BAR MEETING | TRANSPORTATION, MEAL, LODGING |
| 8. | FEDERAL JUDICIAL CENTER | 7/7/19-7/10/19 | NEW YORK, NY | FJC MEETING | TRANSPORTATION, MEAL, LODGING |
| 9. | STATE OF FLORIDA, DEPT OF FINANCIAL SVCS | 8/5/19-8/6/19 | NAPLES, FL | SEMINAR SPEAKER | TRANSPORTATION, MEAL, LODGING |
| 10. | NATIONAL CONF OF BANKRUPTCY JUDGES | 10/29/19-11/2/19 | WASHINGTON, DC | BANKRUPTCY JUDGES' CONFERENCE | TRANSPORTATION, MEAL, LODGING |
| 11. | THE FLORIDA BAR | 11/7/19-11/8/19 | MIAMI, FL | SEMINAR SPEAKER | TRANSPORTATION, LODGING |
| 12. | FEDERAL JUDICIAL CENTER | 11/18/19-11/22/19 | WASHINGTON, DC | SEMINAR | TRANSPORTATION, MEAL, LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. CITIBANK | BRIDGE LOAN | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  CITIBANK CITIGOLD CHECKING | A | Int./Div. | J | T | | | | | |
| 2.  CITIBANK CITIGOLD CHECKING | A | Int./Div. | J | T | | | | | |
| 3.  CITIBANK CITIGOLD SAVINGS | A | Int./Div. | L | T | | | | | |
| 4.  FIDELITY GOVERNMENT MONEY MARKET | A | Int./Div. | J | T | | | | | |
| 5.  RLS/TLH HUGHES-1, LLC | G | Distribution | N | W | | | | | |
| 6.  ISHARES RUSSELL 2000 ETF | A | Int./Div. | K | T | | | | | |
| 7.  SPDR S&P 500 ETF TRUST | B | Int./Div. | M | T | | | | | |
| 8.  CALL SPDR S&P 500 ETF | B | Int./Div. | J | T | Buy | 03/12/19 | J | | |
| 9. | | | | | Sold | 03/12/19 | J | A | |
| 10. | | | | | Buy | 12/06/19 | J | | |
| 11. | | | | | Sold | 12/06/19 | J | A | |
| 12. | | | | | Buy | 12/20/19 | J | | |
| 13.  PUT SPDR S&P 500 ETF | B | Int./Div. | | | Buy | 03/12/19 | J | | |
| 14. | | | | | Sold | 03/12/19 | J | A | |
| 15. | | | | | Buy | 12/06/19 | J | | |
| 16. | | | | | Sold | 12/06/19 | J | A | |
| 17. | | | | | Buy | 12/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | Sold | 12/20/19 | J | A | |
| 19. | FIDELITY SELECT MED TECHNOLOGY & DEVICES | A | Int./Div. | K | T | Sold (part) | 05/13/19 | J | A | |
| 20. | ISHARES CORE GROWTH ALLOCATION | A | Int./Div. | J | T | Sold (part) | 05/14/19 | J | A | |
| 21. | ISHARES S&P MID CAP 400 GROWTH ETF | A | Int./Div. | J | T | Buy | 05/20/19 | J | | |
| 22. | | | | | | Sold (part) | 07/10/19 | J | A | |
| 23. | | | | | | Sold (part) | 07/24/19 | J | A | |
| 24. | ISHARES S&P MIDCAP 400 VALUE ETF | A | Int./Div. | J | T | Buy | 05/20/19 | J | | |
| 25. | | | | | | Buy (add'l) | 07/10/19 | J | | |
| 26. | | | | | | Sold (part) | 07/24/19 | J | A | |
| 27. | ISHARES S&P SMALLCAP 600 VALUE | A | Int./Div. | | | Buy | 05/20/19 | J | | |
| 28. | | | | | | Sold | 07/24/19 | J | A | |
| 29. | ISHARES S&P 500 GROWTH ETF | A | Int./Div. | J | T | Buy | 05/20/19 | J | | |
| 30. | | | | | | Sold (part) | 07/10/19 | J | A | |
| 31. | | | | | | Sold (part) | 07/24/19 | J | A | |
| 32. | ISHARES S&P 500 VALUE ETF | A | Int./Div. | J | T | Buy | 05/20/19 | J | | |
| 33. | | | | | | Sold (part) | 07/10/19 | J | A | |
| 34. | | | | | | Sold (part) | 07/24/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. ISHARES TR S&P SMALL CAP 600 GROWTH | A | Int./Div. | J | T | Buy | 05/20/19 | J | | |
| 36. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 37. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 38. | | | | | Sold (part) | 07/24/19 | J | A | |
| 39. FIDELITY TREASURY MONEY MARKET FUND | A | Int./Div. | J | T | | | | | |
| 40. IRA: FIDELITY GOVERNMENT CASH RESERVES | A | Int./Div. | K | T | | | | | |
| 41. IRA: CATALYST EXCEED DEFINED RISK | D | Int./Div. | M | T | | | | | |
| 42. IRA: FID CONVERVATIVE INCOME BOND FUND | B | Int./Div. | L | T | | | | | |
| 43. IRA: FIDELITY MSCI CONSUMER DISCRETIONARY INDEX | A | Int./Div. | L | T | | | | | |
| 44. | | | | | Buy | 04/11/19 | J | | |
| 45. | | | | | Buy (add'l) | 07/30/19 | J | | |
| 46. | | | | | Sold (part) | 11/04/19 | J | A | |
| 47. IRA: MSCI CONSUMER STAPLES INDEX | A | Int./Div. | K | T | | | | | |
| 48. | | | | | Buy | 04/11/19 | J | | |
| 49. | | | | | Sold (part) | 07/30/19 | J | A | |
| 50. | | | | | Sold (part) | 11/04/19 | J | A | |
| 51. IRA: FIDELITY MSCI ENERGY INDEX | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 04/11/19 | J | | |
| 53. | | | | | Sold (part) | 11/04/19 | J | A | |
| 54.   IRA: FIDELITY MSCI FINLS INDEX | A | Int./Div. | M | T | | | | | |
| 55. | | | | | Buy | 04/11/19 | J | | |
| 56. | | | | | Buy (add'l) | 07/30/19 | J | | |
| 57. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 58.   IRA: FIDELITY MSCI HEALTH CARE INDEX | A | Int./Div. | M | T | | | | | |
| 59. | | | | | Buy | 04/11/19 | J | | |
| 60. | | | | | Sold | 07/30/19 | J | A | |
| 61. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 62.   IRA: FIDELITY MSCI INDL INDEX | A | Int./Div. | L | T | | | | | |
| 63. | | | | | Sold (part) | 04/11/19 | J | A | |
| 64. | | | | | Buy (add'l) | 07/30/19 | J | | |
| 65. | | | | | Sold (part) | 11/04/19 | J | A | |
| 66.   IRA: FIDELITY MSCI INFORMATION TECHNOLOGY | A | Int./Div. | M | T | | | | | |
| 67. | | | | | Sold (part) | 04/11/19 | J | A | |
| 68. | | | | | Buy (add'l) | 07/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 11/04/19 | J | A | |
| 70.   IRA: FIDELITY MSCI REAL ESTATE INDEX | A | Int./Div. | K | T | | | | | |
| 71. | | | | | Buy | 04/11/19 | J | | |
| 72. | | | | | Sold | 07/30/19 | J | A | |
| 73. | | | | | Buy<br>(add'l) | 11/04/19 | J | | |
| 74.   IRA: FIDELITY MSCI UTILS INDEX | A | Int./Div. | K | T | | | | | |
| 75. | | | | | Buy | 04/11/19 | J | | |
| 76. | | | | | Sold | 07/30/19 | J | A | |
| 77. | | | | | Buy<br>(add'l) | 11/04/19 | J | | |
| 78.   IRA: FIDELITY MSCI COMMUNICATION SERVICES | A | Int./Div. | L | T | | | | | |
| 79. | | | | | Buy | 04/11/19 | J | | |
| 80. | | | | | Buy<br>(add'l) | 07/30/19 | J | | |
| 81. | | | | | Buy<br>(add'l) | 11/04/19 | J | | |
| 82.   IRA: FIDELITY MSCI MATLS INDEX | A | Int./Div. | K | T | | | | | |
| 83. | | | | | Sold<br>(part) | 04/11/19 | J | A | |
| 84. | | | | | Sold | 07/30/19 | J | A | |
| 85. | | | | | Buy | 11/04/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>  (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>  (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>  (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   IRA: ISHARES TRUST MSCI EMG MKTS ETF | A | Int./Div. | K | T | | | | | |
| 87.   IRA: ISHARES S&P 500 GROWTH | C | Int./Div. | N | T | | | | | |
| 88. | | | | | Sold<br>(part) | 04/02/19 | J | A | |
| 89. | | | | | Sold<br>(part) | 07/10/19 | J | A | |
| 90.   IRA: ISHARES S&P 500 VALUE | C | Int./Div. | N | T | | | | | |
| 91. | | | | | Buy | 04/02/19 | J | | |
| 92. | | | | | Sold<br>(part) | 07/10/19 | J | A | |
| 93.   IRA: ISHARES MSCI EAFE ETF | C | Int./Div. | M | T | | | | | |
| 94.   IRA: ISHARES S&P MID CAP 400 GROWTH | A | Int./Div. | J | T | | | | | |
| 95. | | | | | Buy | 04/02/19 | J | | |
| 96. | | | | | Sold<br>(part) | 07/10/19 | J | A | |
| 97.   IRA: ISHARES S&P MIDCAP 400 VALUE | A | Int./Div. | K | T | | | | | |
| 98. | | | | | Sold<br>(part) | 04/02/19 | J | A | |
| 99. | | | | | Buy | 07/10/19 | J | | |
| 100.  IRA: ISHARES S&P SMALLCAP 600 VALUE | A | Int./Div. | K | T | | | | | |
| 101. | | | | | Buy | 04/02/19 | J | | |
| 102. | | | | | Buy<br>(add'l) | 07/10/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  IRA: ISHARES S&P SMALL CAP 600 GROWTH | A | Int./Div. | K | T | | | | | |
| 104. | | | | | Buy | 04/02/19 | J | | |
| 105. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 106.  IRA: OAKHURST INCOME FUND II | A | Int./Div. | M | T | | | | | |
| 107.  IRA: HSR INCOME AND VALUE REIT | A | Int./Div. | M | T | | | | | |
| 108.  IRA: OAKHURST INCOME FUND | A | Int./Div. | M | T | | | | | |
| 109.  IRA: OAKHURST REAL ESTATE FUND III | A | Int./Div. | M | T | | | | | |
| 110.  IRA: FID CONVERVATIVE INCOME BOND FUND | A | Int./Div. | | | Sold | 02/06/19 | J | A | |
| 111.  ROTH IRA: FIDELITY GOVERNMENT CASH RESERVES | A | Int./Div. | J | T | | | | | |
| 112.  ROTH IRA: FIDELITY MSCI CONSUMER DISCRETIONARY | A | Int./Div. | J | T | | | | | |
| 113. | | | | | Buy | 04/11/19 | J | | |
| 114. | | | | | Buy (add'l) | 07/30/19 | J | | |
| 115. | | | | | Sold (part) | 11/04/19 | J | A | |
| 116.  ROTH IRA: FIDELITY MSCI CONSUMER STAPLES | A | Int./Div. | J | T | | | | | |
| 117. | | | | | Buy | 04/11/19 | J | | |
| 118. | | | | | Sold (part) | 07/30/19 | J | A | |
| 119. | | | | | Sold (part) | 11/04/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. ROTH IRA: FIDELITY MSCI ENERGY INDEX | A | Int./Div. | J | T | | | | | |
| 121. | | | | | Buy | 04/11/19 | J | | |
| 122. | | | | | Sold (part) | 11/04/19 | J | A | |
| 123. ROTH IRA: FIDELITY FINLS INDEX | A | Int./Div. | J | T | | | | | |
| 124. | | | | | Buy | 04/11/19 | J | | |
| 125. | | | | | Buy (add'l) | 07/30/19 | J | | |
| 126. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 127. ROTH IRA: FIDELITY MSCI HEALTH CARE INDEX | A | Int./Div. | J | T | | | | | |
| 128. | | | | | Buy | 04/11/19 | J | | |
| 129. | | | | | Sold (part) | 07/30/19 | J | A | |
| 130. | | | | | Buy | 11/04/19 | J | | |
| 131. ROTH IRA: FIDELITY MSCI INDL INDEX | A | Int./Div. | J | T | | | | | |
| 132. | | | | | Sold (part) | 04/11/19 | J | A | |
| 133. | | | | | Buy | 07/30/19 | J | | |
| 134. | | | | | Sold (part) | 11/04/19 | J | A | |
| 135. ROTH IRA: FIDELITY MSCI INFORMATION TECHNOLOGY | A | Int./Div. | J | T | | | | | |
| 136. | | | | | Sold (part) | 04/11/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy | 07/30/19 | J | | |
| 138. | | | | | Sold (part) | 11/04/19 | J | A | |
| 139.  ROTH IRA: FIDELITY MSCI REAL ESTATE INDEX | A | Int./Div. | J | T | | | | | |
| 140. | | | | | Buy | 04/11/19 | J | | |
| 141. | | | | | Sold (part) | 07/30/19 | J | A | |
| 142. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 143.  ROTH IRA: FIDELITY UTILS INDEX | A | Int./Div. | J | T | | | | | |
| 144. | | | | | Buy | 04/11/19 | J | | |
| 145. | | | | | Sold (part) | 07/30/19 | J | A | |
| 146. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 147.  ROTHE IRA: FIDELITY COMMUNICATION SERVICES | A | Int./Div. | J | T | | | | | |
| 148. | | | | | Buy | 04/11/19 | J | | |
| 149. | | | | | Buy (add'l) | 07/30/19 | J | | |
| 150. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 151.  ROTH IRA: FIDLEITY MSCI MATLS INDEX | A | Int./Div. | J | T | | | | | |
| 152. | | | | | Sold (part) | 04/11/19 | J | A | |
| 153. | | | | | Sold (part) | 07/30/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy | 11/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mora, Mindy A.** | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART II: INVESTMENTS AND TRUST
GAINS AND LOSSES ON RETIREMENT ACCOUNTS ARE NOT REPORTED FOR INCOME TAX PURPOSES AND HAS BEEN ESTIMATED.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mindy A. Mora**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544